[No. 43824-1-II.  Division Two.  March 25, 2014.]

GEORGE WOODS, *Respondent*, v. JOHNNY HILL ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-09546-6, Garold E. Johnson, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt, J., and Penoyar, J. Pro Tem.

[No. 43887-9-II.  Division Two.  March 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY STEVEN
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 12-1-00049-1, Michael J. Sullivan, J., entered August 15, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Lee, JJ.

[No. 44020-2-II.  Division Two.  March 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE CAHUE,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00051-1, Marilyn K. Nitteberg-Haan, J., entered September 24, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick, C.J., and Maxa, J.

[No. 44051-2-II.  Division Two.  March 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ANDREW
HOCKLEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05153-8, Kathryn J. Nelson, J., entered October 5, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Hunt and Bjorgen, JJ.